US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 0 2 2013

CHRIS R. JOHNSON, Clerk
By
            Deputy Clerk

Dear U.S. District Clerk,                    13-3068

    I am David Stebbins. Please find enclosed a new complaint and *in forma pauperis* application.

    Please cause this Complaint to be sent to a judge *other than* P.K. Holmes, and to a magistrate judge *other than* James Marchewski. It has become abundantly clear that those judges hold an animus against me because of all the lawsuits I have filed (pursuant to the Motions to Recuse which were filed right before this new complaint got filed).

    To prevent me from being further prejudiced by this animus, I ask that a judge and magistrate judge other than those two be assigned to the case.

    Thank you, and please respond promptly.

Sincerely,
David Stebbins