# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2943

In re: David Anthony Stebbins

Plaintiff

------

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:13-cv-03068-PKH)

------

**MANDATE**

In accordance with the judgment of 09/05/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 05, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit