# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

No:  13-2943

———————————

In re: David Anthony Stebbins

Petitioner - Plaintiff

———————————————————————————————————————————

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:13-cv-03068-PKH)

———————————————————————————————————————————

## JUDGMENT

Petition for writ of  mandamus  has been considered by the court and is denied. The

motion to proceed on appeal in forma pauperis is denied. Mandate shall issue forthwith.

September 05, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans