IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                PLAINTIFF(S)

v.                           CIVIL NO.   13-3068

RHONDA WATKINS & STATE OF                                      DEFENDANT(S)
ARKANSAS

# NOTICE OF DEFICIENCY

A     Objection & Motion     was submitted to the Court and appears to contain one or more deficiencies as indicated.  The pleading has been filed and a copy furnished to the presiding judge.

[✓] 1.  Pleading is not signed in compliance with Local Rule 5.5(c)(1).

[ ] 2.  Pleading is not in compliance with Local Rule 5.5(e).

[ ] 3.  Pleading does not comply with Local Rule 6.2(b) - Motions for extension of time - statement that adverse party has been contacted.

[ ] 4.  Pleading is not in compliance with Local Rule 7.2

    [ ] 1. No brief in support.
    [ ] 2. Not set forth in separate pleading
    [ ] 3. No statement re conference with opposing counsel (motions to compel discovery, discovery enforcement motions, and motions for protective orders)

[ ] 5.  Pleading is not in compliance with Local Rule 56.1 (Summary Judgment Motions)

    [ ] 1. No brief in support
    [ ] 2. No Statement of Facts

[ ] 6.  No certificate of service or explanation why service is not required.  Fed.R.Civ.P.5(d)

[ ] 7.  Other:

**YOU ARE DIRECTED TO IMMEDIATELY CONTACT THE CHAMBERS OF _____**
**_____ TO REMEDY THE DEFICIENCY.**

cc:

Form WD.26