U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**SEP 2 5 2013**

CHRIS R. JOHNSON, Clerk
By
_____
Deputy Clerk

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                      **PLAINTIFF**

**VS.**                                     **CASE NO. 13-3068**

**RHONDA WATKINS & STATE OF ARKANSAS**                        **DEFENDANT**

## NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following notice of appeal in the above-styled action.

1. The District Court erred in finding that Plaintiff could have pursued mandamus relief in the State Courts (mandamus relief was unavailable to Plaintiff for the same reasons that regular appeal was unavailable).

2. The District Court erred in refusing to permit Plaintiff to amend his Complaint, as he was entitled to to do so under Fed. R. Civ. P. 15(a).

The Court is so notified this 24th day of September, 2013.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com