IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

v.                                    Case No. 3:13-CV-03068

RHONDA WATKINS, Boone County Circuit Clerk;
and STATE OF ARKANSAS                                                                     DEFENDANTS

### O R D E R

Currently before the Court is the report and recommendations (Doc. 14) filed in this case on September 26, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 15).

Mr. Stebbins states that the Magistrate Judge recommended denying Mr. Stebbins's motion based first on the fact that the Court has placed certain restrictions on Mr. Stebbins's ability to file cases in this District. Mr. Stebbins argues at some length as to why his appeal is not affected by those restrictions. Mr. Stebbins's arguments are misplaced, as the Magistrate's report did not include any statement that Mr. Stebbins's ability to appeal *in forma pauperis* in this case should be affected by the filing restrictions in place.

Mr. Stebbins also objects to the Magistrate's finding that his claims were frivolous and/or asserted against parties immune from suit such that any appeal would not be taken in good faith. Mr. Stebbins characterizes the Magistrate's position as denying him the ability to appeal *in forma pauperis* simply because Mr. Stebbins does not agree with the Court's previous findings. The Magistrate's statement, however, is backed by the Court's previous reasoning as to Mr. Stebbins's claims, as set forth both in the Magistrate's report and recommendation and in the Court's order

adopting the report and recommendation. Given that reasoning, the Court finds that the meritoriousness of any appeal attempt is certainly questionable. The Court also notes that the continuing viability of the case cited to by Mr. Stebbins in his objections is also questionable in light of developing jurisprudence since that opinion was entered.

However, the Court will decline to adopt the report and recommendation in this case and allow Mr. Stebbins to proceed *in forma pauperis* on appeal. The Court also clarifies that it does not appear that the Prison Litigation Reform Act applies in this case. It appears that inclusion of reference or citation to that Act in the Magistrate's report and recommendation was inadvertent error and not "evidence of the Plaintiff's theory that Marschewski and Holmes simply just want Plaintiff off their docket and out of their lives." (Doc. 15).

For all the reasons set forth above, IT IS ORDERED that the Court DECLINES TO ADOPT the report and recommendation (Doc. 14).

IT IS FURTHER ORDERED that Mr. Stebbins's motion (Doc. 13) for leave to appeal *in forma pauperis* is GRANTED.

IT IS SO ORDERED this 11th day of October, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE