U.S. COURT OF APPEALS – EIGHTH CIRCUIT

## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case)

United States District Court - Western District of Arkansas - Harrison Division

Civil Case Number: 3:13CV3068

David Stebbins v. Rhonda Watkins, et al

| | | |
|---|---|---|
| Financial Status: Fee Paid? | Yes ___ | No _X_ |
| If NO, has IFP been granted? | Yes _X_ | No ___ |
| Is there a pending motion for IFP? | Yes ___ | No _X_ |
| Are there any other post - judgment motions? | Yes ___ | No _X_ |

Please identify the court reporter.

If no court reporter, please check _X_

**Criminal cases only:**

Is the defendant incarcerated?    Yes ___    No ___

**Special Comments**.