13-3288  David Stebbins v. Rhonda Watkins, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/18/2013

**Case Name:**  David Stebbins v. Rhonda Watkins, et al
**Case Number:**  13-3288

**Docket Text:**
Civil case docketed. [4087194] [13-3288]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com