# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3288

David Anthony Stebbins

Appellant

v.

Rhonda Watkins, Boone County Circuit Clerk and State of Arkansas

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:13-cv-03068-PKH)
_____

**MANDATE**

In accordance with the opinion and judgment of 01/10/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 26, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit